Argued and submitted February 7, affirmed as modified May 29, 1986

## STATE OF OREGON,
*Respondent,*

*v.*

## GEORGE EDWIN LITTLE,
*Appellant.*

(MC83-1470, MC83-1471; CA A36589)
(Cases Consolidated)

719 P2d 518

Kent W. Day, Coos Bay, argued the cause and filed the brief for appellant.

David Schuman, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Joseph, Chief Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

After revoking defendant's probation, the trial court ordered execution of the original judgment, which included a jail term and a fine. However, the court also ordered defendant to reimburse the state for attorney fees in the amount of $112.50. The state concedes that that was error. *State v. Stevens,* 253 Or 563, 456 P2d 494 (1969).

Order modified by deleting reimbursement for attorney fees; affirmed as modified.